IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-mc-00042-RJC-WCM

| | |
|---|---|
| US-LIT CHISUM 22-B LLC, | ) |
| Petitioner, | ) ORDER |
| v. | ) |
| DAIMLER TRUCK NORTH AMERICA LLC, | ) |
| Respondent. | ) |

This matter is before the Court on a Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 23) filed by Albert P. Allan. The Motion indicates that Mr. Allan, a member in good standing of the Bar of this Court, is local counsel for US-Lit Chisum 22-B LLC and that he seeks the admission of Timothy E. Grochocinski, who the Motion represents as being a member in good standing of the Bar of Illinois. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

1

Accordingly, the Court **GRANTS** the Motion (Doc. 23) and **ADMITS** Timothy E. Grochocinski to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: March 27, 2023

W. Carleton Metcalf
United States Magistrate Judge